United States District Court
Southern District of Texas
**ENTERED**
June 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SENHICA KLEE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-0441 |
| | § | |
| WILLIAM MARSH RICE UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff Senhica Klee brought this suit against Defendant William Marsh Rice University alleging that he was discriminated against in violation of Title IX. Defendant filed a Motion to Dismiss. (Doc. No. 15). The Court granted this motion and dismissed all of Plaintiff's claims with prejudice on June 8, 2020. (Minute Entry 6/8/2020).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant William Marsh Rice University.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of June, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE