# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*August 19, 2020*
David J. Bradley, Clerk of Court

A True Copy
Certified order issued Aug 19, 2020

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20363

SENHICA KLEE,

*Plaintiff—Appellant,*

*versus*

WILLIAM MARSH RICE UNIVERSITY,

*Defendant—Appellee.*

---

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-441

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of August 19, 2020, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk
ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 19, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 20-20363    Senhica Klee v. William Marsh Rice University  
                        USDC No. 4:20-CV-441

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Shawn D. Henderson, Deputy Clerk  
                        504-310-7668

cc w/encl:  
    Mr. Michael W. Kerensky  
    Mr. Scott David Schneider